IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00431-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6.    HECTOR JESUS ZAMUDIO-TOLOZA,
      a/k/a Hector Jesus Zamudio-Tolosa
      a/k/a Tecate

      Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 2 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring the United States Marshal to produce Hector Jesus Zamudio-Toloza,

before a United States Magistrate Judge forthwith for an initial appearance upon the

charges in the Indictment, and to hold him at all times in the United States Marshal's

custody as an agent of the United States of America until final disposition of the

defendant's case, and thereafter to return the defendant to the institution where he is now

confined.

SO ORDERED this ___21st___ day of ___November___, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO